```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CARDINAL MOTORS, INC.,                                        :
                                                              :
                              Plaintiff,      :   1:20-cv-7899-GHW
                                                              :
           -v-                                 :   ORDER
                                                              :
H&H SPORTS PROTECTION USA INC.,                               :
                                                              :
                              Defendant.       :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons outlined during the conference held on the record on July 11, 2025, Defendant's motion to dismiss the Substitute Third Amended Complaint and to strike Plaintiff's demands for treble damages, Dkt. No. 79, is DENIED. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

SO ORDERED.

Dated: July 11, 2025
       New York, New York

                                              _____
                                                     GREGORY H. WOODS
                                                  United States District Judge